# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS LOCAL NO. 22,<br><br>Plaintiff,<br><br>vs.<br><br>OMAHA ELECTRIC SERVICE, INC.,<br><br>Defendant. | 8:24CV195<br><br>ORDER |

This matter is before the Court following a status conference held with counsel for the parties on May 21, 2025. In accordance with the matters discussed during the conference and for good cause shown,

**IT IS ORDERED:**

1) This case will be resolved by cross-motions for summary judgment, which shall be filed on or before **May 30, 2025**. The brief responding to the opposing party's summary judgment motion shall be filed on or before **June 30, 2025**. The parties shall file any reply briefs on or before **July 14, 2025**.

2) The parties shall contact the chambers of the undersigned magistrate judge to schedule a status conference within 7-days of the rulings on the cross-motions for summary judgment, if necessary.

Dated this 21st day of May, 2025.

BY THE COURT:

s/Michael D. Nelson
United States Magistrate Judge